IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE MORGAN, | : | Civ. No. 3:23-CV-1635 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Bloom) |
| CITY OF SCRANTON, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of July 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 16) is GRANTED, and the plaintiff's complaint as to ECTV is DISMISSED WITHOUT PREJUDICE to Morgan filing an amended complaint within 20 days of the date of this order.

IT IS FURTHER ORDERED THAT upon the filing of an amended complaint, the Clerk of Court shall serve a Request to Waive Service of Summons (form AO 398) on ECTV, and ECTV is directed to waive service under Federal Rule of Civil Procedure 4(d) or show good cause for failure

to waive service pursuant to Rule 4(d)(2), within 21 days from the date that Morgan files an amended complaint.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge