IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE MORGAN, | : Civil No. 3:23-CV-1635 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| THE CITY OF SCRANTON, et al., | : |
| Defendants. | : |

# ORDER

AND NOW, this 18th day of March 2025, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the motion for judgment on the pleadings (Doc. 50) is GRANTED, and the claims against the City of Scranton and Mayor Cognetti are dismissed.

<u>S/ Daryl F. Bloom</u><br>
Daryl F. Bloom<br>
Chief United States Magistrate Judge