## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEE MORGAN,                              : Civ. No. 3:23-CV-1635
                                        :
    Plaintiff,                          :
                                        :
      v.                              : (Chief Magistrate Judge Bloom)
                                        :
ECTV NETWORK,                            :
                                        :
    Defendant.                          :

## ORDER

AND NOW, this 27th day of February 2026, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion for summary judgment[1] is GRANTED. The Clerk of Court is directed to close this case.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge

---

[1] Doc. 70.